UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DERRICK ALLEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | **CASE NO. 5:22-CV-301-D-BM** |
| ) | |
| HANNA IMPORTS and ) | |
| APEX IMPORTS, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court ADOPTS the conclusions in the M&R [D.E. 19], and DISMISSES WITHOUT PREJUDICE plaintiff's complaint for failure to state a claim upon which relief can be granted.

**This Judgment Filed and Entered on August 18, 2023, and Copies To:**

Derrick Allen            (via CM/ECF electronic notification)

R. Daniel Boyce         (via CM/ECF electronic notification)

Bridget A. Blinn-Spears  (via CM/ECF electronic notification)

DATE: August 18, 2023                         PETER A. MOORE, JR., CLERK

                                              (By)  /s/ Stephanie Mann
                                              Deputy Clerk